■ HARCO PROPERTIES, INC., Appellant-Respondent, v MC-DONALD'S CORPORATION, Respondent-Appellant.—Judgment unanimously affirmed without costs. Memorandum: We affirm for the reasons stated by Supreme Court (Rosenbloom, J.). We add only that we reject plaintiff's contention that the court's findings of fact are contrary to the weight of the credible evidence and are not supported by the record, and we further reject defendant's contention that the court's dismissal of the counterclaim is inconsistent with the court's findings of fact. (Appeals from Judgment of Supreme Court, Monroe County, Rosenbloom, J.—Breach of Contract.) Present—Denman, P. J., Boomer, Boehm, Fallon and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LAKE, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of depraved indifference murder in the second degree (Penal Law § 125.25 [2]). We reject defendant's contention that the evidence was legally insufficient to support the conviction, and we conclude that the verdict was not contrary to the weight of the evidence (see, People v Bleakley, 69 NY2d 490, 495).

We have reviewed the remaining issues raised by defendant and find them to be devoid of merit. (Resubmission of appeal from Judgment of Supreme Court, Cattaraugus County, Kasler, J.—Murder, 2nd Degree.) Present—Callahan, J. P., Green, Balio, Lawton and Fallon, JJ.